UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number:  22-24223-CIV-MARTINEZ-BECERRA**

WINDY LUCIUS,

    Plaintiff,

v.

KNALLHART HOLDING II LLC,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** is before the Court on the Plaintiff's Notice of Voluntary Dismissal with Prejudice.  (ECF No. 10).  Accordingly, it is hereby

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of February, 2023.

                                                                 _____
                                                                 JOSE E. MARTINEZ
                                                                 UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record